UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TENNILLE VIAU,<br>        Plaintiff,<br>v.<br><br>GREG POKLEY, CITY OF TROY POLICE DEPARTMENT, FEDERAL BUREAU OF INVESTIGATION, and JOHN DOE,<br>        Defendants. | Case No. 2:21-cv-12313<br>HON. VICTORIA A. ROBERTS<br>MAGISTRATE JUDGE DAVID R. GRAND |

_____/

| | |
|---|---|
| Tennille Viau<br>Pro Se Plaintiff<br>3974 Highland Drive<br>Troy, MI 48083<br>(248) 250-6056<br>Tsvc12@gmail.com | Lori Grigg Bluhm (P46908)<br>Allan T. Motzny (P37580)<br>Troy City Attorney's Office<br>Attorneys for Defendants<br>500 W. Big Beaver Road<br>Troy, MI  48084<br>(248) 524-3320<br>bluhmlg@troymi.gov<br>motznyat@troymi.gov |

_____/

## APPEARANCE

PLEASE BE ADVISED, that I have on this date filed an appearance on behalf of Defendants Greg Pokley and City of Troy Police Department.

Dated:  November 9, 2021

CITY OF TROY
CITY ATTORNEY'S OFFICE

s/Lori Grigg Bluhm (P46908)
Lori Grigg Bluhm (P46908)
Allan T. Motzny (P 37580)
Attorneys for Defendant
500 W. Big Beaver Rd.
Troy, MI 48084
(248) 524-3320
bluhmlg@troymi.gov

2

## Certificate of Service

I hereby certify that on November 9, 2021, I electronically filed an Appearance on behalf of Defendants Greg Pokley and City of Troy Police Department using the ECF system which will send notification of such filing to all parties of record using the ECF system.  I also mailed a copy of this Appearance, via first class mail, to her address as listed on her pleadings.

|  |  |
|---|---|
| Dated: November 9, 2021 | s/Lori Grigg Bluhm (P46908)<br>City of Troy – City Attorney's Office<br>Attorney for Defendant City of Troy<br>500 W. Big Beaver Road<br>Troy, MI 48084<br>(248) 524-3320<br>bluhmlg@troymi.gov |