UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNILLE VIAU,

    Plaintiff,
v.

GREG POKLEY, ET AL.,

    Defendants.
_____/

Case No. 21-12313
Honorable Victoria A. Roberts

### ORDER DISMISSING SECOND AMENDED COMPLAINT [ECF No. 9]

On October 22, 2021, the Court entered its Order Requiring Plaintiff to File Amended Complaint. [ECF No. 7]. The order required Plaintiff to file an amended complaint curing certain deficiencies.

Plaintiff filed a Second Amended Complaint on November 4, 2021; because she fails to cure all deficiencies, the Court **DISMISSES** Plaintiff's Second Amended Complaint. This case is closed.

**IT IS ORDERED.**

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: November 9, 2021